■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE LORIO, Appellant. [829 NYS2d 920]—

Appeal by the defendant from an order of the Supreme Court, Nassau County (Calabrese, J.), entered June 23, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The County Court designated the defendant a level three sex offender based upon the existence of an overriding factor, namely, "a clinical assessment that the [defendant] has a psychological, physical, or organic abnormality that decreases his ability to control impulsive sexual behavior" (Sex Offender Registration Act: Risk Assessment Guidelines & Commentary, at 3 [1997 ed]; *see generally People v Scott*, 288 AD2d 763 [2001]). Contrary to the defendant's contention, the court's determination was supported by clear and convincing evidence and, therefore, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Davis*, 26 AD3d 364 [2006]; *People v Hegazy*, 25 AD3d 675, 676 [2006]; *People v Hines*, 24 AD3d 524 [2005]). The defendant failed to present clear and convincing evidence of special circumstances warranting a downward departure from the presumptive risk level (*see People v Davis, supra; People v*

*Ventura,* 24 AD3d 527 [2005]; *People v Guaman,* 8 AD3d 545 [2004]). Prudenti, P.J., Krausman, Dillon and McCarthy, JJ., concur.